United States District Court
Southern District of Texas
**ENTERED**
May 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

BLUEWHALE INVESTMENT
GROUP, LLC,
*Plaintiff,*

V.

ACCREDITED SURETY AND
CASUALTY COMPANY, INC.,
*Defendant.*

§
§
§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. 4:25-CV-3186

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated April 28, 2026 (Dkt. 24) and no objections having been filed, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant, Accredited Surety and Casualty Company, Inc.'s Motion to Strike Plaintiff's Claim for Attorney's Fees (Dkt. 9) is **DENIED.**

**SIGNED** at Houston, Texas this __21st__ day of May, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE